OPINION OF THE COURT
 

 On summary consideration, order affirmed. It cannot be ■ said the trial court abused its discretion in refusing to grant a continuance in the
 
 in camera
 
 hearing held to determine whether disclosure of the confidential informant was required. Where the defendant fails to establish the need for production, the trial court’s decision to end the
 
 in camera
 
 hearing on that issue does not deprive the defendant of his constitutional right to confrontation (see
 
 People v
 
 
 *725
 

 Goggins,
 
 34 NY2d 163, cert den 419 US 1012). We have examined defendant’s other contentions and find them to be without merit.
 

 Concur: Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer.